UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| HUTTON CONSTRUCTION, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:07-cv-187 |
| v. ) | Judge Mattice |
| ) | |
| NORTHEAST FLORIDA ) | |
| CONTRACTORS, INC., ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

On October 12, 2007, the Clerk of Court entered default against Defendant Northeast Florida Contractors, Inc. On January 21, 2008, Plaintiff Hutton Construction, Inc. filed a Motion for Default Judgment which was referred to Magistrate Judge Susan K. Lee for a report and recommendation on Defendant's liability for Plaintiff's causes of action and the amount of damages, including attorney's fees and costs, due to the Plaintiff as a result of Defendant's liability.

Magistrate Judge Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on June 9, 2008. [Court Doc. No. 19.] Neither party filed an objection within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's Motion for Default Judgment [Court Doc. 9] is **GRANTED**.

A separate default judgment will enter.

SO ORDERED this 30th day of June, 2008.

                                                  */s/Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE